IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| CHRISTINE BRYANT, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-15-1151-HE |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Christine Bryant filed this suit appealing the final decision of Acting Commissioner of the Social Security Administration[1] (the "Commissioner") denying her application for disability insurance benefits and supplemental security income under the Social Security Act. This case was referred to U.S. Magistrate Judge Charles B. Goodwin for proceedings consistent with 28 U.S.C. § 636(b)(1)(b). Judge Goodwin issued a thorough Report and Recommendation, and recommends the decision of the Commissioner be affirmed. Objections to the Report and Recommendation were due by January 19, 2017. No objections have been filed.

Having failed to object to the Report and Recommendation, the parties have waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); see 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of

---

[1] *Per Federal Rule of Civil Procedure 25(d), Acting Commissioner Nancy A. Berryhill is substituted as the successor public officer defendant in this case.*

1

those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)).  Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #22], a copy of which is attached to this order, and **AFFIRMS** the decision of the Commissioner.

    **IT IS SO ORDERED**.

    Dated this 30th day of January, 2017.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE